People v Dibble (2023 NY Slip Op 01548)

People v Dibble

2023 NY Slip Op 01548

Decided on March 23, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 23, 2023

112338
[*1]The People of the State of New York, Respondent,
v
Bryon Dibble, Appellant.

Calendar Date:February 10, 2023

Before:Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ.

Theresa M. Suozzi, Saratoga Springs, for appellant.
Elizabeth M. Crawford, District Attorney, Malone (Jennifer M. Hollis of counsel), for respondent.

Appeal from a judgment of the County Court of Franklin County (Robert G. Main Jr., J.), rendered February 4, 2020, which revoked defendant's probation and imposed a period of incarceration.
In January 2019, defendant separately pleaded guilty to endangering the welfare of a child and reckless endangerment in the second degree and was sentenced to three years of probation subject to various terms and conditions. Approximately one year later, defendant was charged in two petitions with violating certain terms and conditions of his probation. Following a hearing, County Court revoked defendant's probation and sentenced him upon each violation to 364 days in the local jail — said periods of incarceration to run concurrently. Defendant appeals, contending only that the period of incarceration imposed was unduly harsh or severe.
The People have advised this Court — and defendant does not dispute — that defendant has completed serving his jail sentence, thereby rendering the instant appeal moot (see People v McLean, 185 AD3d 1089, 1089 [3d Dept 2020]; People v Burks, 163 AD3d 1268, 1268 [3d Dept 2018], lv denied 34 NY3d 1015 [2019]). Accordingly, the appeal must be dismissed.
Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ., concur.
ORDERED that the appeal is dismissed, as moot.